# United States Court of Appeals
## For the First Circuit

---

No. 04-1631

RALPH J. CIMON, III,

Plaintiff, Appellant,

v.

CHRISTOPHER GAFFNEY;
GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,

Defendants, Appellees.

---

ERRATA SHEET

The opinion of this Court issued on March 10, 2005 is amended as follows:

On page 13, line 10, replace "Gaffney's" with "Ralph's".

On page 15, line 2, replace **"Gaffney's"** with **"Ralph's"**.